UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | MARVIN H. KUGLER, 3RD<br>ELAINE KUGLER<br>Debtors | : NO. 13-14186<br>:<br>: Chapter 13<br>:<br>: |
| MARVIN H. KUGLER, 3RD<br>ELAINE KUGLER<br><br>Debtors/Plaintiffs,<br><br>Vs.<br><br>BENEFICIAL CONSUMER<br>DISCOUNT COMPANY D/B/A<br>BENEFICIAL MORTGAGE CO<br>OF AMERICA and<br>PENNCRO ASSOCIATES, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Adv. No. 14-00018<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

<u>ORDER</u>

AND NOW, this __2__ day of __June__, 2014, upon consideration of the within Motion for Default Judgment of Debtors, Marvin H., Kugler, 3rd, and Elaine Kugler, and the Affidavit filed in support of said Motion and after Notice and Opportunity for hearing, it is hereby Ordered and Decreed:

a. The Motion for Default Judgment is granted.

b. The second mortgage held by Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Co of America and Penncro Associates, Inc., is an unsecured claim; and

c. Any Claim filed by Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Co of America and Penncro Associates, Inc., is determined to be unsecured.

    d. This Order serves as satisfaction of the mortgage held by Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Co of America and Penncro Associates, Inc., Northampton County Document ID number 2006056963, and may be filed at the Record of Deeds office by Debtor, *upon completion of this case*.

    e. ~~Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Co of America and Penncro Associates, Inc.,~~ *may* Debtor ~~shall~~ file a proof of claim listing ~~its claims~~ *the claim of Beneficial Consumer Discount Company* as unsecured.

BY THE COURT:

_____
Richard E. Fehling, Judge